IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**FARRAH GILOT,**

   *Plaintiff*,

v.                              Case No.: 1:21cv93-MW/GRJ

**GREYHOUND and
HOWARD JOHNSON,**

   *Defendants*.

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Upon consideration, no objections[1] having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 5, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED without prejudice** for failure to state a claim under 28 U.S.C. §

---

[1] Upon filing her initial complaint, Plaintiff agreed to timely notify the Clerk's Office if there is any change to their mailing address and recognized that their failure to keep a current address on file may result in the dismissal of this case. ECF No. 1 at 7. Nonetheless, she has failed to update the Clerk's Office with her current mailing address. *See* ECF No. 6 (mail returned as undeliverable).

1915(e)(2)(B)(ii) and for improper venue under 28 U.S.C. § 1406(a)." The Clerk shall close the file.

**SO ORDERED on October 12, 2021.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**